IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ABDISITAR JAMA,

    Plaintiff,

VS.                                    NO. 03-2965-Ma/P

CITY OF MEMPHIS, TENNESSEE, a municipality,
MAVERICK GIBBS, Individually and in his Official
Capacity as an Officer for the City of Memphis,
Tennessee, CATHY BEACHAM, et al.,

    Defendants.

## ORDER GRANTING LEAVE TO FILE REPLY MEMORANDUM

Before the court is the May 1, 2005 motion by Defendant City of Memphis for leave to file reply to Plaintiffs' response to motion for summary judgment. For good cause shown, the motion is granted and the reply attached to Defendant's motion for leave to file reply shall be deemed filed as of the date of entry of this order.

IT IS SO ORDERED this 23d day of May, 2005.

                      SAMUEL H. MAYS, JR.
                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-26-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:03-CV-02965 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Mary Elizabeth McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT