IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 16 PM 6:40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ABDISITAR JAMA,

    Plaintiff,

V.                            NO. 03-2965-MaP

CITY OF MEMPHIS, ET AL.,

    Defendants.

---

ORDER GRANTING PERMISSION TO FILE REPLY

---

Before the court is the June 15, 2005, motion of the defendant officers to ascertain the status of their May 16, 2005, motion (docket entry no. 57) for leave to file a reply to plaintiff's response to their motion for summary judgment. The motion to file reply was inadvertently not brought before the court until the filing of the June 15, 2005, motion to ascertain status. For good cause shown, the motion is granted and the reply which was stamped "Received" by the clerk on May 16, 2005, (attached to the motion for leave to file reply) is deemed filed as of that date.

    It is so ORDERED this 16th day of June, 2005.

                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:03-CV-02965 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Mary Elizabeth McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT